# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2010

140151

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Plaintiff-Appellee,

v

DAVID FEINBLOOM and LISA ANN SCHOLNICK-FEINBLOOM,
      Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140151
COA: 285445
Oakland CC: 2005-067646-CZ

      On order of the Court, the application for leave to appeal the October 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

0222

_____
Clerk